IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PATRICK WAYNE BELL, <br> TDCJ-CID NO. 1190375, <br> <br> Plaintiff, <br> <br> v. <br> <br> RICHARD WAYNE HICKS, et al., <br> <br> Defendants. | § § § § § § § § § § § |

CIVIL ACTION NO. H-12-1979

## FINAL JUDGMENT

This action is **DISMISSED WITH PREJUDICE** for the reasons stated in the court's Memorandum Opinion and Order entered this date.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 9th day of August, 2012.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE