IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

PATRICK WAYNE BELL,                §
TDCJ-CID NO. 1190375,              §
                                   §
            Plaintiff,             §
                                   §        CIVIL ACTION NO. H-12-1979
v.                                 §
                                   §
RICHARD WAYNE HICKS, et al.,       §
                                   §
            Defendants.            §

## FINAL JUDGMENT

This action is **DISMISSED WITH PREJUDICE** for the reasons stated in the court's Memorandum Opinion and Order entered this date.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 9th day of August, 2012.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE